```
NOT DESIGNATED FOR PUBLICATION
```

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-0614

STATE OF LOUISIANA

VERSUS

MARCUS J. TELLIS

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT,
PARISH OF BEAUREGARD, NO. CR-544-04,
HONORABLE STUART S. KAY, JR., DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Richard F. Blankenship
Assistant District Attorney
Post Office Box 99
DeRidder, LA  70634
(337) 463-5578
COUNSEL FOR APPELLEE:
    State of Louisiana

Gwendolyn K. Brown
Louisiana Appellate Project
Post Office Box 64962
Baton Rouge, LA  70896
COUNSEL FOR DEFENDANT/APPELLANT:
    Marcus J. Tellis